**UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

JOSE SANCHEZ,

    Plaintiff,

v.                                          Case No. 8:21-cv-01567-TPB-AAS

ALPHA RECOVERY CORP.,

    Defendant.

_____/

## NOTICE OF SETTLEMENT

PLEASE TAKE NOTICE that JOSE SANCHEZ ("Plaintiff") hereby notifies the Court that the Plaintiff and Defendant have settled all claims between them in this matter and are in the process of completing the final closing documents and filing the dismissal. The Parties anticipate this process to take no more than 60 days and request that the Court retain jurisdiction for any matters related to completing and/or enforcing the settlement. The Parties propose to file a stipulated dismissal with prejudice within 60 days of submission of this Notice of Settlement and pray the Court to stay all proceedings until that time.

Dated on this 11th day of August 2021.

                                                            */s/ Alejandro E. Figueroa*
                                                            Alejandro E. Figueroa
                                                            Florida Bar No. 1021163
                                                            Sulaiman Law Group, Ltd.
                                                            2500 S. Highland Ave., Suite 200
                                                           Lombard, Illinois 60148
                                                           Phone: (630) 575-8181
                                                           Fax: (630) 575-8188
                                                           alejandrof@sulaimanlaw.com
                                                           *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that I today caused a copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system which will be sent to all attorneys of record.

*/s/ Alejandro E. Figueroa*
Alejandro E. Figueroa